STEVEN A. SCHWARTZ*
steveschwartz@chimicles.com
BEENA M. MCDONALD*
bmm@chimicles.com
ALEX M. KASHURBA*
amk@chimicles.com
MARISSA N. PEMBROKE*
mnp@chimicles.com
CHIMICLES SCHWARTZ KRINER
& DONALDSON-SMITH LLP
One Haverford Centre
361 Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500

JAMES J. ROSEMERGY*
jrosemergy@careydanis.com
CAREY, DANIS & LOWE
8235 Forsyth, Suite 1100
St. Louis, MO 63105
Telephone: (314) 725-7700

Roger N. Heller (State Bar No. 215348)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
rheller@lchb.com

*pro hac vice application to be submitted

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **VICTORIA WADE, individually and on behalf of all others similarly situated,** | **Case No. 5:25-cv-701** |
| Plaintiff, | **PLAINTIFF'S CERTIFICATE OF CONFLICTS AND INTERESTED ENTITIES** |
| v. | |
| **PAYPAL, INC.,** | |
| Defendant. | |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: January 20, 2025

Respectfully submitted,

By:   */s/ Steven A. Schwartz*
STEVEN A. SCHWARTZ*
steveschwartz@chimicles.com
BEENA M. MCDONALD*
bmm@chimicles.com
ALEX M. KASHURBA*
amk@chimicles.com
MARISSA N. PEMBROKE*
mnp@chimicles.com
CHIMICLES SCHWARTZ KRINER
& DONALDSON-SMITH LLP
One Haverford Centre
361 Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500

JAMES J. ROSEMERGY*
jrosemergy@careydanis.com
CAREY, DANIS & LOWE
8235 Forsyth, Suite 1100
St. Louis, MO 63105
Telephone: (314) 725-7700

Roger N. Heller (State Bar No. 215348)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
rheller@lchb.com

**pro hac vice* application to be submitted