STEVEN A. SCHWARTZ*
steveschwartz@chimicles.com
BEENA M. MCDONALD*
bmm@chimicles.com
ALEX M. KASHURBA*
amk@chimicles.com
MARISSA N. PEMBROKE*
mnp@chimicles.com
CHIMICLES SCHWARTZ KRINER
& DONALDSON-SMITH LLP
One Haverford Centre
361 Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500

JAMES J. ROSEMERGY*
jrosemergy@careydanis.com
CAREY, DANIS & LOWE
8235 Forsyth, Suite 1100
St. Louis, MO 63105
Telephone: (314) 725-7700

Roger N. Heller (State Bar No. 215348)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
rheller@lchb.com

*pro hac vice application to be submitted

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **VICTORIA WADE, individually and on behalf of all others similarly situated,** | **Case No. 5:25-cv-701** |
| **Plaintiff,** | **PLAINTIFF'S NOTICE OF PENDENCY OF RELATED ACTIONS** |
| **v.** | |
| **PAYPAL, INC.,** | |
| **Defendant.** | |

1

Pursuant to Civil Local Rule 3-13, Plaintiff Victoria Wade, individually and on behalf of all others similarly situated, respectfully advises the Court of the following Related Actions:

1.  *Wendover Productions, LLC et al v. PayPal Inc.*, No. 5:24-cv-09470 (the "Wendover Action"), pending before Judge Freeman;

2.  *Silva et al. v. PayPal Holdings, Inc. et al.*, No. 5:24-cv-09510, pending before Judge van Keulen;

3.  *GamersNexus LLC v. PayPal Holdings, Inc. et al.*, No. 5:25-cv-00114, pending before Judge Freeman;

4.  *Young v. Paypal, Inc. et al.*, No. 5:25-cv-124, pending before Judge Lee;

5.  *Coleman v. PayPal Holdings, Inc. et al.*, No. 5:25-cv-00367, pending before Judge Cousins

6.  *Moran v. PayPal, Inc., et al.*, No. 5:25-cv-00476, pending before Judge Lee;

7.  *Lyon Fitness, LLC v. PayPal, Inc., et al.*, No. 5:25-cv-00501- (N.D. Cal.), pending before Judge Cousins;

8.  *Oganesyan, et al. v. PayPal, Inc., et al.*, No. 3:25-cv-00518 (N.D. Cal.), pending before Judge Kang; and

9.  *Brevard Marketing LLC v. PayPal, Inc. et al.*, No. 5:25-cv-00573 (N.D. Cal.), pending before Judge DeMarchi (collectively, the "Related Actions").

This action overlaps significantly with the newly-filed Related Actions.[1] First, this action and the Related Actions name overlapping defendants—PayPal Inc. and PayPal Holdings, Inc ("PayPal"). Second, this action and the Related Actions make substantially similar factual allegations. Specifically, they allege that PayPal diverted commissions due to Plaintiffs and class members via the use of its Honey web browser extension. Third, this action and the Related Actions involve overlapping class definitions. And finally, this action and the Related Actions bring overlapping claims for tortious

---

[1] Plaintiffs in one of the Related Actions have filed an unopposed administrative motion to consider whether cases should be related, pursuant to Civil Local Rule 3-12. *Wendover Prods.*, No. 5:24-cv-09470, ECF No. 11.

interference, conversion, and unjust enrichment. As a result, the adjudication of this action will require resolving the same or substantially similar questions of law and fact as those posed by the Related Actions. Therefore, coordination with the Related Actions would avoid conflicts, conserve resources, and promote the efficient adjudication of this action.

Dated:  January 21, 2025                                      Respectfully submitted,

                                             By:     /s/ Steven A. Schwartz
                                                      STEVEN A. SCHWARTZ*
                                                      steveschwartz@chimicles.com
                                                      BEENA M. MCDONALD*
                                                      bmm@chimicles.com
                                                      ALEX M. KASHURBA*
                                                      amk@chimicles.com
                                                      MARISSA N. PEMBROKE*
                                                      mnp@chimicles.com
                                                      CHIMICLES SCHWARTZ KRINER
                                                      & DONALDSON-SMITH LLP
                                                      One Haverford Centre
                                                      361 Lancaster Avenue
                                                      Haverford, PA 19041
                                                      Telephone: (610) 642-8500

                                                      JAMES J. ROSEMERGY*
                                                      jrosemergy@careydanis.com
                                                      CAREY, DANIS & LOWE
                                                      8235 Forsyth, Suite 1100
                                                      St. Louis, MO 63105
                                                      Telephone: (314) 725-7700

                                                      Roger N. Heller (State Bar No. 215348)
                                                      LIEFF CABRASER HEIMANN &
                                                      BERNSTEIN, LLP
                                                      275 Battery Street, 29th Floor
                                                      San Francisco, CA 94111-3339
                                                      Telephone: (415) 956-1000
                                                      rheller@lchb.com

                                                      *pro hac vice application to be submitted