UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| VICTORIA WADE, <br><br>Plaintiff(s), <br><br> v. <br><br> PAYPAL, INC., <br><br>Defendant(s). | Case No. 5:25-cv-701 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Beena M. McDonald, an active member in good standing of the bar of the Commonwealth of Pennsylvania, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff Victoria Wade in the above-entitled action. My local co-counsel in this case is Roger N. Heller, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 215348.

Chimicles Schwartz Kriner & Donaldson-Smith LLP
361 W. Lancaster Avenue, Haverford, PA 19041
MY ADDRESS OF RECORD

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor, San Francisco, CA 94111
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(610) 642-8500
MY TELEPHONE # OF RECORD

(415) 956-1000
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

bmm@chimicles.com
MY EMAIL ADDRESS OF RECORD

rheller@lchb.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 83315.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___0___ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 22, 2025                                          Beena M. McDonald
                                                                                APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Beena M. McDonald is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

                                                                    _____
                                                                    UNITED STATES DISTRICT/MAGISTRATE JUDGE



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Beena Mallya McDonald, Esq.

DATE OF ADMISSION

**April 15, 1999**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  October 28, 2024

*Darian Halland*

Darian Holland
Chief Clerk