## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA WADE, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 5:25-cv-701 |
| v. ) ) | CLASS ACTION |
| PAYPAL, INC., ) ) | |
| Defendant. ) ) ) | |

## WAIVER OF SERVICE OF SUMMONS

TO:    Beena M. McDonald, Esquire

I have received your request to waive service of a summons in this action along with a copy of the amended complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of this form to you.

I, or the entities I represent, agree to save the cost of service of a summons and complaint in this case.

I understand that I, or the entities I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I understand that I, or the entities I represent, must file and serve an answer or motion under Rule 12 on or before March 21, 2025.  If I fail to do so, a default judgment will be entered against me or the entity I represent.

| | |
|---|---|
| January 22, 2025 | _signature_ |
| *Date* | *Signature of the attorney or unrepresented parties* |
| Paul Rugani | Paypal, Inc. |
| *Printed name* | *Printed name of parties waiving service* |
| | Orrick, Herrington & Sutcliffe |
| | 2050 Main Street, Suite 1100, Irvine, CA  92614-8255 |
| | *Address* |
| | prugani@orrick.com |
| | *E-mail address* |
| | (949) 852-7765 |
| | *Telephone number* |

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expense of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant of the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.